THERESA McDONOUGH, Respondent, v. JOHN McDONOUGH, Appellant.

No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

MINNESOTA MINING & MANUFACTURING COMPANY, Respondent-Appellant, v. TECHNICAL TAPE CORP. et al., Appellants-Respondents, et al., Defendant.

No appeal lies from a decision (*Gitter* v. *Schiff*, 10 A D 2d 974). Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

GIFFORD M. PEARSON, Respondent, v. CHARLES E. WILLIS, JR., et al., Defendants, and COONEY ASSOCIATES, INC., Appellant.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.